DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

IRA S. SACKS, ESQ.
New York Bar No. 1040237 (*pro hac vice pending*)
MARK S. LAFAYETTE, ESQ.
New York Bar No. 1969054 (*pro hac vice pending*)
SCOTT M. KESSLER, ESQ.
New York Bar No. 4242905 (*pro hac vice pending*)
ERIKA STALLINGS, ESQ.
New York Bar No. 4958047 (*pro hac vice pending*)
666 Fifth Avenue, 20th Floor
New York, New York 10103
Telephone:   (212) 880-3800
Facsimile:   (212) 880-8965
Email: ira.sacks@akerman.com
Email: mark.lafayette@akerman.com
Email: scott.kessler@akerman.com
Email: erika.stallings@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SITESTAR CORPORATION,<br><br>                     Plaintiff,<br>v.<br><br>JEFFREY I. MOORE, JULIA H. MOORE, JAY B. MOORE, WILLIAM T. MAY, ANNA K. MAY, M&M INVESTMENTS, ARQUITOS CAPITAL PARTNERS, LP, ARQUITOS CAPITAL MANAGEMENT, LLC, STEVEN I. KIEL, ALESIA VALUE FUND LLC, ALESIA ASSET MANAGEMENT LLC, CHRISTOPHER OLIN, JEREMY K. GOLD, THOMAS R. BRAZIEL, JEREMY K. DEAL, RODNEY LAKE, TOBIAS B. SHUTE and DAVID WATERS,<br><br>                     Defendants. | Case No.:  2:15-cv-00165-LDG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND HEARING**<br><br>**(FIRST REQUEST)** |

{30287373;1}

On January 30, 2015, Plaintiff filed its Memorandum of Law in Support of Its Emergency Motion for Expedited Discovery (the "Motion"). The Court set the Motion for hearing on February 6, 2015, in courtroom 3D. ECF No. 12. The court also ordered that defendants file their response by February 4, 2015. The parties have reached a settlement in principle, and request a three day adjournment of all dates. Accordingly, the parties stipulate and agree to move the hearing and response deadlines each three days, as convenient for the Court, so long as the hearing be scheduled no later than February 10, 2015.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of February, 2015.

**AKERMAN LLP**
/s/ _William S. Habdas_____
DARREN T. BRENNER
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

DATED this 3rd day of February, 2015.

**MCDONALD CARANO WILSON**
/s/ *Josephine Binetti McPeak*_____
JOSEPHINE BINETTI McPEAK
Nevada Bar No. 7994
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorney for Defendants Jeffrey I. Moore; Julia H. Moore; Jay B. Moore; William T. May; Anna K. May; M&M Investments; Arquitos Capital Partners, LP; Arquitos Capital Management, LLC; Steven I. Kiel; Alesia Value Fund LLC; Alesia Asset Management LLC; Christopher Olin; and Jeremy K. Gold*

IT IS HEREBY ORDERED that the hearing scheduled for February 6, 2015 is VACATED and RESCHEDULED to 1:00 p.m., February 12, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that any response to Plaintiff's Emergency Motion for Expedited Discovery (#8) must be filed by February 9, 2015.

The Court Clerk is directed to email a copy of this Order to Ms. Josephine Binetti McPeak at jmcpeak@mcdonaldcarano.com and to Andrew Tucker, Esq. at atucker@vedderprice.com.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2015

{30287373;1}